UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 13679
    RICHARD JAMES HAUG
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-7266

--------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/31/07 .

    2.  The case was dismissed without confirmation, 08/24/2007.

--------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------

        Summary of disbursements:
--------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER      TOTAL
--------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00          .00        .00        .00
PRINCIPAL PAID           .00         .00          .00        .00        .00
INTEREST PAID            .00         .00          .00        .00        .00
TOTAL PAID               .00         .00          .00        .00        .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $      .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .

    Dated: 11/16/07                /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 13679 RICHARD JAMES HAUG